**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21578-LEIBOWITZ**

**ILLIAM KYSLYSKYI, *et al.*,**

*Plaintiffs*,
*v.*

**MARKWAYNE MULLEN, *et al.*,**

*Defendants.*
_________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon the Plaintiffs' Stipulation of Dismissal [ECF No. 12], informing the Court that the claims asserted in the Complaint [ECF No. 1] are now moot. Being fully advised, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED** ***without prejudice***. Each party shall bear its own attorneys' fees and costs. The ***Clerk of Court*** is *directed* to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on June 8, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record